IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA KAY SMITH, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 1:09cv1007-MEF |
| | ) |
| ALLIED INTERSTATE, INC., & | ) (WO- Do Not Publish) |
| LVNV FUNDING, LLC., | ) |
| | ) |
| DEFENDANTS. | ) |

## **ORDER**

This Court has carefully considered the merits of the arguments made in support of and in opposition to Defendant's [sic] Motion to Reconsider or Alternatively, Motion to Alter, Amend, or Vacate Order Regarding Defendant's [sic] Motion to Dismiss (Doc. # 17). It is hereby ORDERED that Defendant's [sic] Motion to Reconsider or Alternatively, Motion to Alter, Amend, or Vacate Order Regarding Defendant's [sic] Motion to Dismiss (Doc. # 17) is DENIED.

DONE this the 10th day of May, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE